IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RACHEL LOCKHART,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US, LLC, a Delaware limited liability company;<br><br>    Defendant. | 8:24CV199<br><br>SECOND AMENDED FINAL PROGRESSION ORDER |

This matter comes before the Court on the unopposed motion to extend deadlines. (Filing No. 27). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will remain as scheduled with the undersigned magistrate judge on May 30, 2025, at 11:00 a.m. by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 24)

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is April 30, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by May 14, 2025.

  **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is: March 31, 2024.

4) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    April 30, 2025.
    For the defendant(s):    May 30, 2025.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is July 31, 2025.

6) The deadline for filing motions to dismiss and motions for summary judgment is August 29, 2025.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 29, 2025.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 15th day of January, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.